# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MACHART, | CASE NO.   1:11-cv-341-AWI-MJS |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| ARVIN COMMUNITY HEALTH CENTER, et al., | (ECF No. 3) |
| Defendants. | |

Plaintiff Keith Machart ("Plaintiff") is proceeding pro se in this action.  On February 28, 2011, Plaintiff filed a Motion to Proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 3.)  The Court has reviewed the Motion and finds that it demonstrates that Plaintiff is entitled to proceed without prepayment of fees.

Accordingly, Plaintiff's Motion to Proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   March 9, 2011              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE